| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>Joel D. Smith (State Bar No. 244902)<br>Thomas A. Reyda (State Bar No. 312632)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>jsmith@bursor.com<br>treyda@bursor.com<br><br>*Attorneys for Plaintiff* | **DLA PIPER LLP (US)**<br>Angela C. Agrusa, Esq. (SBN: 131337)<br>Nelson P. Lam, Esq. (SBN: 306769)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Tel: 310.595.3000<br>Fax: 310.595.3300<br>E-Mail: angela.agrusa@dlapiper.com<br>nelson.lam@dlapiper.com<br><br>*Attorneys for Defendants Sequel Natural Ltd. d/b/a Vega and Whitewave Foods Co.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BLAND, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>SEQUEL NATURAL LTD. D/B/A VEGA and WHITEWAVE FOODS CO.,<br><br>         Defendant. | Case No.: 3:18-cv-04767-RS<br><br>**JOINT SCHEDULING STIPULATION AND [~~PROPOSED~~] ORDER**<br>AS MODIFIED BY THE COURT |

# JOINT STIPULATION

Pursuant to the Court's order issued at the Initial Case Management Scheduling Conference (ECF No. 23), Plaintiff Andrew Bland ("Bland") by and through its undersigned counsel, and Defendants Sequel Natural Ltd. D/B/A Vega and Whitewave Foods Co. (collectively "Vega"), by and through their undersigned counsel (Bland and Vega collectively referred to herein as "Parties") stipulate as follows:

WHEREAS, on November 15, 2016 the Court held an Initial Case Management Conference attended by the Parties;

WHEREAS, the Court directed the Parties to submit a proposed hearing date and schedule for Plaintiff's motion for class certification within a week of the Initial Case Management Conference;

WHEREAS, the Parties have met and conferred regarding a schedule for Plaintiff's intended motion for class certification and agreed that good cause exists to extend the time for Vega to oppose Plaintiff's intended motion for class certification, and to likewise extend the time for Plaintiff to file a reply in support of his intended motion for class certification.

NOW, THEREFORE, the Parties, through their undersigned counsel, agree to the following schedule, subject to the availability and approval of the Court:

| | |
|---|---|
| **August 1, 2019** | Plaintiff to file motion for class certification and any supporting expert reports. |
| **September 12, 2019** | Defendant to file opposition to class certification and any supporting expert reports. |
| **October 10, 2019** | Plaintiff to file reply brief in support of motion for class certification and any supporting expert reports. |
| **October ~~24~~ 31, 2019** | The hearing will be set for Thursday, October ~~24~~ 31, 2019, at 1:30 p.m., or as so thereafter as may be heard by the Court. |

IT IS SO STIPULATED.

Dated: November 19, 2018     **BURSOR & FISHER, P.A.**

By:   */s/Joel D. Smith*
            Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            jsmith@bursor.com
            treyda@bursor.com
.

Dated:  November 19, 2018     **DLA PIPER LLP (US)**

By:   */s/ Angela Agrusa*
        ANGELA C. AGRUSA
        NELSON P. LAM
        Attorneys for Defendants
        Sequel Natural Ltd. D/B/A Vega and
        Whitewave Foods Co.

### ECF Signature Certification

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

            */s/ Joel D. Smith*
                Joel D. Smith

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: 1/22/19

Hon. Richard Seeborg
United States District Judge