| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626)<br>Joel D. Smith (State Bar No. 244902) |
| 3 | Blair E. Reed (State Bar No. 316791)<br>1990 North California Boulevard, Suite 940 |
| 4 | Walnut Creek, CA  94596<br>Telephone: (925) 300-4455 |
| 5 | Facsimile:  (925) 407-2700<br>E-Mail: ltfisher@bursor.com |
| 6 | jsmith@bursor.com<br>breed@bursor.com |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BLAND, individually and on behalf of all others similarly situated,<br><br>                               Plaintiff,<br><br>         v.<br><br>SEQUEL NATURAL ULC. D/B/A VEGA,<br><br>                               Defendant. | Case No. 3:18-cv-04767-RS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  Plaintiff Andrew Bland and Defendant Sequel Natural ULC d/b/a Vega, by and through
2  their respective attorneys, HEREBY STIPULATE AND AGREE that pursuant to F.R.C.P.
3  41(a)(1)(A)(ii), Plaintiff hereby dismisses his claims in this action against Defendant with
4  prejudice.  The parties shall bear their respective fees and costs except to the extent otherwise
5  provided by written agreement.
6       IT IS SO STIPULATED

Dated:  September 26, 2019                    Respectfully submitted,

**BURSOR & FISHER, P.A.**


By:         */s/ Joel D. Smith*
                Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Blair E. Reed (State Bar No. 316791
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
           jsmith@bursor.com
           breed@bursor.com

*Counsel for Plaintiff*

Dated:   September 26, 2019                    **DLA PIPER LLP (US)**


By: /s/ Tamany Vinson Bentz

Angela C. Agrusa
Tamany Vinson Bentz
Gregory Sperla

*Counsel for Defendant*

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

                                                                */s/ Joel D. Smith*
                                                                  Joel D. Smith